**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09–cr–00268–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON BOAN,

    Defendant.

---

**MINUTE ORDER**[1]

---

The matter comes before the court on counsel's telephonic request for sentencing date.  A Sentencing Hearing in this matter is set for **February 19, 2010,** at 1:30 p.m.

Dated November 23, 2009

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

1