# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Judge Robert E. Blackburn

Criminal Case No. 09–cr–00268–REB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JASON BOAN,

    Defendant.

## MINUTE ORDER[1]

On January 29, 2010, counsel telephoned chambers to conduct the telephonic setting conference set for February 16, 2010. After conferring with counsel and by agreement of all,

**IT IS ORDERED** as follows:

1. That a Sentencing hearing is set for **April 30, 2010**, at 10:00 a.m.; and

2. That, to the extent necessary, the United States Marshal shall assist in securing the appearance of the defendant at the hearing.

Dated: January 29, 2010

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.