**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Criminal Case No. 09–cr–00268–REB

UNITED STATES OF AMERICA,

 Plaintiff,
v.

1. JASON BOAN,

 Defendant.

## MINUTE ORDER[1]

 Due to a conflict arising on the court's calendar, the sentencing hearing previously set for April 30, 2010, is **VACATED** and is **CONTINUED** to **May 24, 2010**, at 11:00 a.m. That, to the extent necessary, the United States Marshal shall assist in securing the defendant's appearance for this hearing.

 Dated: April 13, 2010

---

[1]This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.